# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:07CR399(JCH) |
| ) | |
| DEMETRIUS BLACKMON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Carter Collins Law, 141 N. Meramec Avenue, Suite 20, St. Louis, MO 63105 (314) 721-7095, is appointed to represent Defendant Demetrius Blackmon in this cause of action.

**IT IS FURTHER ORDERED** that upon request the United States District Court Clerk's Office is directed to provide Defendant's newly appointed counsel any documents deemed necessary in preparation for future proceedings.

Dated this 8th day of February, 2008.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE